UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 2:07-CR-88 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| LEE ALMANY | ) | |

**O R D E R**

On January 2, 2008, United States District Judge J. Ronnie Greer, on the motion of Defendant, recused himself from this case (Court File No. 132). On December 28, 2007, Chief United States Magistrate Judge Dennis H. Inman, on the motion of Defendant, recused himself from this case (Court File No. 131). In view of these recusals, this case is reassigned to the undersigned and Magistrate Judge William B. Mitchell Carter. Moreover, since both judicial officers presiding over this case reside in the Chattanooga division of this Court, the case will be transferred to the Chattanooga division. All future proceedings pertaining to this case will take place in that division. All dates pertaining to this case are cancelled and to be reset by the undersigned.

There is a pending motion by the Government that requires early attention. This is the Government's Motion for Inquiry Concerning Possible Conflicts of Interest (Court File No. 117). The Court interprets this motion as one seeking to disqualify attorney Herbert Moncier. This motion is set for argument and evidence on **Wednesday, January 9, 2008 at 10:00 a.m.** in the third floor courtroom, 900 Georgia Avenue, Chattanooga, Tennessee

The trial in this matter is **RESET** for **March 17, 2008**. The parties shall be prepared to commence trial at 9:00 a.m. on the date which has been assigned. If this case is not heard at 9:00

a.m. on the date assigned, it will be held in line pending notification from the Court. The final pretrial conference is reset for **Thursday, March 6, 2008 at 4:00 p.m.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**