UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:08-CR-00001 |
| v. | ) | |
| | ) | Judge Collier |
| LEE ALMANY | ) | |

## O R D E R

Before the Court is Defendant Lee Almany's *pro se* motion for early termination of supervised release. (Doc. 249.) Defendant was sentenced to 180 months' imprisonment and five years of supervised release for conspiring to distribute and possessing with intent to distribute at least five kilograms of cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A); and possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. 942(c). *See* (Docs. 195, 241.) Defendant has served three years of the five years of supervision.

In deciding whether to grant early termination of supervised release, the Court must consider certain factors, set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), and determine whether granting a defendant's request is "warranted by the conduct of the defendant released and the interest of justice." *See* 18 U.S.C. § 3583(e). Upon consultation with the Probation Office, it appears that Defendant has complied with the rules and regulations of supervision. Accordingly, in the interests of justice, Defendant's motion (Doc. 249) is **GRANTED**. Defendant Lee Almany is **DISCHARGED** from supervision.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**